# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

Janurary 7, 2020

Shan Zhu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: jhang@hanglaw.com

**VIA ECF**
Judge Robert W. Lehrburger
U.S. District Court
Southern District of New York
500 Pearl Street, Room 18D
United States Courthouse
New York, NY 10007

> Request denied. This is the second time Defendants have sought to adjourn the settlement conference from previously agreed upon. Defendants cannot shirk their court obligations. The settlement conference will proceed as scheduled.
>
> SO ORDERED:
> 1/8/2020
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re: Chang et al v. CK Tours, Inc et al.
Case No. 1:18-cv-06174-PAC-RWL
Adjournment of settlement conference

Dear Hon. Judge Robert W. Lehrburger:

    This firm represents the defendants in the above referenced matter. The Court ordered parties to attend settlement conference on January 21, 2020 at 1:30 PM. The defendant Peter Kim, who has authorization to settle this matter, will be in Nashville for a business conference for the week.

    I have approached the plaintiffs counsel for alternative days. Plaintiffs counsel informed me that plaintiffs also have their own travel arrangement and the proposed adjournment would interfere with their family plans. Therefore, plaintiffs decide to either stick with January 21, 2020 or parties proceed without a settlement conference.

    While the defendants' counsel believes a settlement conference is beneficial, I communicated to the Plaintiffs' counsel that defendants can accommodate to the Plaintiffs traveling plan and requested few alternative days.

Very Truly Yours,

/s/ *Shan Zhu*
Shan Zhu, Esq.

cc: Aaron B. Schweitzer
Troy Law, PLLC
41-25 Kissena Boulevard, Ste 103
Flushing, NY 11355
*via email at troylaw@troypllc.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-8-2020
```