UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XUGUANG CHANG, JUN NING, HAITAO WANG a/k/a LEO WANG, and CHUAN HUI WANG, on their own behalf and on behalf of others similarly situated,

                Plaintiffs,

v.

CK TOURS, INC d/b/a CK TOURS; d/b/a DA XING TOURS; WIN LI TOURS, INC d/b/a WIN LI TOUR; d/b/a HENG XING TOUR; SKYLINER TRAVEL & TOUR BUS CORP d/b/a SKYLINER TRAVEL; HYON-SAK KIM a/k/a PETER KIM, and JOANNA LAU a/k/a KIN-CHING LAU,

                Defendants.

Case No.: 1:18-cv-06174

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment, dated August 14, 2020, and affirmation of Diana Y. Seo, sworn to on August 14, 2020, Local Civil Rule 56.1 Statement of Material Facts and all papers and proceedings submitted herein, Defendants CK TOURS, INC d/b/a CK TOURS; d/b/a DA XING TOURS; WIN LI TOURS, INC d/b/a WIN LI TOUR; d/b/a HENG XING TOUR; SKYLINER TRAVEL & TOUR BUS CORP d/b/a SKYLINER TRAVEL; HYON-SAK KIM a/k/a PETER KIM, and JOANNA LAU a/k/a KIN-CHING LAU (collectively "Defendants"), by and through their attorneys, Hang & Associates, PLLC, will move this Court at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, before the Honorable Judge Paul A. Crotty, at a time and date to designated by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Partial Summary Judgment and for such other and further relief as the Court deems just, proper, and equitable.

1

Dated: Flushing, New York
      August 14, 2020

                                        HANG & ASSOCIATES, PLLC.

                                        */s/ Diana Seo*
                                        Diana Y. Seo, Esq.
                                        136-20 38th Ave., Suite 10G
                                        Flushing, New York 11354
                                        Tel: 718.353.8588
                                        E-mail: dseo@hanglaw.com
                                        *Attorneys for Defendants*