UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
XUGUANG CHANG, JUN NING, HAITAO
WANG a/k/a Leo Wang, and CHUAN HUI
WANG, on their own behalf and on behalf of
others similarly situated,

                *Plaintiffs*,

       *-against-*

CK TOURS, INC d/b/a CK Tours; d/b/a Da
Xing Tours; WIN LI TOURS, INC d/b/a Win Li
Tour; d/b/a Heng Xing Tours; SKYLINER
TRAVEL & TOUR BUS CORP d/b/a Skyliner
Travel; HYON-SAK KIM a/k/a Peter Kim, and
JOANNA LAU a/k/a Kin-Ching Lau,

                *Defendants*.
---------------------------------------------------------------X

18 Civ. 6174 (PAC)

**ORDER**

The parties are directed to appear before the Court, in-person, at the hearing already scheduled for May 25, 2022 at 2:30pm ET for oral argument addressing the following issues:

- Whether the Court should order the enforcement of the "in principle" settlement agreement reported by the parties at the April 20, 2022 conference;
- Defendants' incapacity defense;
- Whether sanctions should issue against Defendants and/or Hang & Associates, PLLC.

In advance of oral argument, the parties are also directed to submit by May 13, 2022 simultaneous opening briefs addressing the above issues. The briefs are to be no longer than 15 pages (12-point font, double-spaced). If the parties wish, they may each submit simultaneous reply briefs by May 20, 2022, to be no longer than 7 pages (12-point font, double-spaced).

Dated: New York, New York
       May 4, 2022

SO ORDERED

*/s/ Paul A. Crotty*
_____
HONORABLE PAUL A. CROTTY
United States District Judge